**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 15-cv-00839-REB-KMT

NATIONAL FEDERATION OF THE BLIND, et al.,

Plaintiffs,

v.

PETSMART, INC.,

Defendant.

---

**ORDER DENYING AS MOOT MOTION TO STRIKE CLASS ALLEGATIONS**

---

**Blackburn, J.**

The matters before me are (1) **Defendant's Partial Motion To Dismiss Plaintiffs' Complaint as Moot and Memorandum of Law** [#37],[1] filed September 14, 2015[2]; and (2) **Defendant's Motion To Strike Plaintiffs' Class Allegations and Memorandum of Law** [#38], filed September 14, 2015. After the motions were filed, however, plaintiff filed an **Amended Class Action Complaint and Jury Demand** [#45], filed October 8, 2015. ***See*** **FED. R. CIV. P.** 15(a)(1)(B).

The filing of an amended complaint moots a motion directed at the superceded complaint. ***See Griggs v. Jornayvaz***, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); ***United States ex rel. Babb v. Northrop Grumman Corp.***, 2007 WL 1793795 at *1 (D.

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] With the consent of the magistrate judge, the prior **Order of Reference** [#39], filed September 15, 2015, of this motion is withdrawn.

Colo. June 19, 2007). Thus, the currently pending motions will be denied without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That with the consent of the magistrate judge, the **Order of Reference** [#39], filed September 15, 2015, is withdrawn;

2. That **Defendant's Partial Motion To Dismiss Plaintiffs' Complaint as Moot and Memorandum of Law** [#37], filed September 14, 2015, is denied without prejudice as moot; and

3. That **Defendant's Motion To Strike Plaintiffs' Class Allegations and Memorandum of Law** [#38], filed September 14, 2015, is denied without prejudice as moot.

Dated October 9, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge