**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00839-REB-KMT

NATIONAL FEDERATION OF THE BLIND, on behalf of their members and themselves,
COLORADO CROSS-DISABILITY COALITION, on behalf of their members and themselves,
KEVAN SCOTT,
YOLANDA THOMPSON,
DISHON SPEARS,
HEATHER ALBRIGHT,
KRISTIN DURHAM,
MARK CADIGAN, and
JESSICA FORDYCE, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

PETSMART, INC.,

        Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs National Federation of the Blind, Colorado Cross-Disability Coalition, Kevan Scott, Yolanda Thompson, Dishon Spears, Heather Albright, Kristin Durham, Mark Cadigan, and Jessica Fordyce (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated and Defendant PetSmart, Inc., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Jana Eisinger* | */s/ Christopher K. Ramsey* |
| Jana Eisinger | Christopher K. Ramsey |
| LAW OFFICE OF JANA EISINGER, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
| 4610 South Ulster Street, Suite 150 | One Oxford Centre, 32nd Fl. |
| Denver, CO 80237 | 301 Grant Street |
| (303) 209-0266 | Pittsburgh, PA 15219 |
| jeisinger@eisingerlawfirm.com | (412) 560-3300 |
| | Christopher.ramsey@morganlewis.com |
| Scott C. LaBarre | |
| LABARRE LAW OFFICES, P.C. | Anne Marie Estevez |
| 1660 South Albion Street, Suite 918 | MORGAN, LEWIS & BOCKIUS LLP |
| Denver, CO 80222 | 200 South Biscayne Boulevard |
| (303) 504-5979 | Miami, FL 33131 |
| slabarre@labarrelaw.com | (305) 415-3000 |
| | Annemarie.estevez@morganlewis.com |
| Kevin W. Williams | |
| COLORADO CROSS-DISABILITY | W.V. Bernie Siebert |
| COALITION LEGAL PROGRAM | Jonathon M. Watson |
| 655 Broadway, Suite 775 | SHERMAN & HOWARD L.L.C. |
| Denver, CO 80203 | 633 17th St., Suite 3000 |
| (720) 336-3584 | Denver, CO 80202 |
| kwilliams@ccdconline.org | (303) 297-2900 |
| | bsiebert@shermanhoward.com |
| Roger N. Heller | jwatson@shermanhoward.com |
| LIEFF CABRASER HEIMANN & | |
| BERNSTEIN, LLP | |
| 275 Battery Street, 29th Floor | COUNSEL FOR DEFENDANT PETSMART |
| San Francisco, CA 94111-3339 | |
| (415) 956-1000 | |
| rheller@lchb.com | |

COUNSEL FOR PLAINTIFFS